UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-2378-SIMONTON

UNITED STATES OF AMERICA

vs.

JESNEY ELIASSAINT,

    **Defendant.**
_____/

## MOTION TO SEAL

**COMES NOW**, the United States of America, by and through its undersigned attorney, and respectfully requests that the Criminal Complaint and Affidavit dated March 23, 2015, Arrest Warrant dated March 23, 2015, and this Motion to Seal and any resulting Order be **SEALED** until the arrest of the defendant or further order of this court, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of any Criminal Complaint and Affidavit for Complaint dated March 23, 2015, Arrest Warrant dated March 23, 2015, and this Motion to Seal, and any resulting Order, or other sealed document for purposes of executing the Arrest Warrant for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Arrest Warrant become public.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By: _____
    ROBERT J. EMERY
    Florida Bar # 152159
    99 N.E. 4th Street
    Miami, Florida 33132-2111
    TEL (305) 961-9421
    FAX (305) 530-7976
    Robert.Emery2@usdoj.gov