# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
              Plaintiff )
                       )
       -vs-              )
                       )
Jesney Eliassaint )
            Defendant #06006-104

CASE NUMBER: CR 15-2378-Simonton

REPORT COMMENCING CRIMINAL ACTION

**********************************************************************

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

**********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: _____ a.m./p.m.

(2) LANGUAGE(S) SPOKEN: _____

(3) OFFENSE(S) CHARGED: 18 USC 1029(a)(2) Unauthorized Access Device Fraud and 18 USC 1028A Aggravated Identity Theft

(4) UNITED STATES CITIZEN:    (X) YES    ( ) NO    ( ) UNKNOWN

(5) DATE OF BIRTH: 07/18/1982

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[ ] INDICTMENT    [X] COMPLAINT    CASE # 15-2378-Simonton
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: Southern District of Florida
COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [X] YES  [ ] NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 3/24/15    (9) ARRESTING OFFICER: Roberto Loaisiga

(10) AGENCY: U.S. SS    (11) PHONE # (305) 863-5050

(12) COMMENTS _____